CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
M. Bo Griffith (Bar No. 315357)
(E-Mail:Bo_griffith@fd.org)
Deputy Federal Public Defender
411 W. Fourth St., Suite 7110
Santa Ana, California 92701
Telephone: (714) 338-4500
Facsimile: (714) 338-45



FILED
CLERK, U.S. DISTRICT COURT
APR 21 2023
...AL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE APPOINTMENT OF COUNSEL | Case No. SA 23-MJ-00234 DUTY<br><br>**EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Vince Doan, by and through Deputy Federal Public Defender M. Bo Griffith, hereby applies to the Court for an Order appointing the Federal Public Defender to represent him. Mr. Doan is currently the target of an investigation by the United States Attorney's Office and seeks counsel to assist him in this matter. This application is based on the attached Declaration of Counsel and Mr. Doan's concurrently lodged financial affidavit.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATE: April 20, 2023          By /s/ M. Bo Griffith
M. Bo Griffith
Deputy Federal Public Defender

## MEMORANDUM OF POINTS AND AUTHORITIES

The Criminal Justice Act, 18 U.S.C. § 3006A, requires district courts to operate "a plan for furnishing representation for any person who is financially unable to obtain adequate representation" in accordance with specified circumstances. 18 U.S.C. § 3006A(a). Among the circumstances in which the Criminal Justice Act mandates the appointment of counsel for financially eligible persons are when the person "is entitled to appointment of counsel under the Sixth Amendment to the Constitution," 18 U.S.C. § 3006A(a)(1)(H), and when the person "faces loss of liberty in a case, and Federal Law required the appointment of counsel..." 18 U.S.C. § 3006A(c).

In determining whether legal representation is "reasonably necessary" the Court should consider several objectives, including the protection of a Constitutional right, a significant contribution to the defense of the principal criminal charge, and/or the preparation for the trial or disposition of the principal criminal charge. *See* Administrative Office of U.S. Courts, *Guide to Judiciary Policies & Procedures*, Vol. VII, Ch. II, Pt. A, § 2.01(F)(5).

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATE: April 20, 2023          By /s/ M. Bo Griffith

M. Bo Griffith
Deputy Federal Public Defender

# DECLARATION OF COUNSEL

I, Bo Griffith, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. The Office of the Federal Public Defender was contacted by Mr. Vince Doan. Mr. Doan has advised our office that he seeks the assistance of counsel. Lodged separately as Exhibit A is a financial affidavit executed by Mr. Doan.

3. I have confirmed with AUSA Charles Pell that Mr. Doan remains the target of a federal criminal investigation, and the Government plans to seek indictments related to this investigation in the near future. It is my understanding that the government wishes to engage in pre-indictment negotiations with Mr. Doan for which I believe Mr. Doan should have the assistance of counsel.

4. Mr. Doan requests representation for pre-indictment purposes, as well as representation in the event he is indicted or consents to an Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2023, at Santa Ana, California.

M. Bo Griffith
Deputy Federal Public Defender